Ivy Friedman, an Infant, by Mildred Friedman, Her Guardian ad Litem, Appellant, *v.* Earl Kyle et al., Respondents.

Submitted November 19, 1945; decided November 29, 1945.

*Eric P. Smith* for motion.
*Jonas P. Relin* opposed.

Motion denied, with $10 costs.

James H. Johnson, Appellant, *v.* State of New York, Respondent.

Submitted November 19, 1945; decided November 29, 1945.

*James H. Johnson,* in person, for motion.
No one opposed.

Motion denied.